STATE *v.* PUGH.

STATE v. CLARENCE PUGH.

(Filed 20 September, 1967.)

APPEAL by defendant from *Anglin, J.,* June 1967 Session of Mc-DOWELL.

Defendant was tried on an indictment charging that he, on September 14, 1966, "unlawfully, wilfully and feloniously did commit the abominable and detestable crime against nature with Kester Waits Buchanan by taking the private parts of the said Kester Waits Buchanan and putting same into his mouth." The jury returned a verdict of guilty as charged; and judgment, imposing a prison sentence of not less than four nor more than six years, was pronounced. Defendant excepted and appealed.

*Attorney General Bruton, Assistant Attorney General Rich and Deputy Attorney General McGalliard for the State.*
*Everette C. Carnes for defendant appellant.*

PER CURIAM. The State's evidence, which includes (1) the unequivocal direct testimony of Buchanan and testimony corroborative thereof, and (2) evidence as to circumstances under which offi-

cers found Buchanan and defendant in a parked car on a public highway, was amply sufficient to support the verdict. Hence, the motions for judgment as in case of nonsuit were properly overruled.

Defendant did not testify. Defendant offered evidence which, he contended, tended to show Buchanan was not a credible witness.

At trial, defendant was represented by able and experienced counsel. On this appeal, his counsel has overlooked no contention that might be made in defendant's behalf. However, the assignments do not disclose prejudicial error or present questions of sufficient substance to warrant detailed discussion. Hence, the verdict and judgment will not be disturbed.

No error.